EMMA STEUBING, Respondent, *v.* HAROLD HOOPER, Appellant.
GEORGE STEUBING, Respondent, *v.* HAROLD HOOPER, Appellant.

Argued October 17, 1947; decided November 13, 1947.

*William H. Morris* for appellant.
*Leo J. Rice* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.